918

No. 72–1304.   CAFERO ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1484.   POSNER *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1588.   DELVECCHIO ET AL. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1605.   FINO ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5278.   COX ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–103.   IANNELLI *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–903.   CONSIGLIO ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–999.   KOHNE ET AL. *v.* UNITED STATES;
No. 73–5819.   DENHAM ET UX. *v.* UNITED STATES; and
No. 73–6015.   TABELLA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1105.   MERHIGE ET AL., U. S. DISTRICT JUDGES *v.* UNITED STATES BOARD OF PAROLE.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.